**Order filed March 30, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00553-CV**

_____

## IN RE HOUSTON AN USA, LLC D/B/A AUTONATION USA HOUSTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-27755**

---

## CONTINUING ABATEMENT ORDER

On August 6, 2020, relator Houston AN USA, LLC d/b/a Autonation USA Houston, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Steven Kirkland, Judge of the 334th District Court, in Harris County, Texas, to set aside his July 27, 2020 order, granting real party interest's motion to compel discovery responses.

Because Judge Kirkland ceased to hold the office of Judge of the 334th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Dawn Deshea Rogers, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for

what a former one did.").  On January 5, 2021, we abated this case for a period of thirty days and directed the new presiding judge to advise the court of the action taken on relator's request.

On January 26, 2021, Judge Rogers signed an order partially vacating the July 27, 2020 order granting real party in interest's motion to compel discovery responses as to requests for production nos. 17, 20, 34, 35, 36, 39, and 41 and setting a hearing on those requests for production for February 26, 2021.  Judge Rogers filed her January 26, 2021 order in this court on February 4, 2021.

Judge Rogers has not advised the court of her ruling on the requests for production she considered at the February 26, 2021 hearing.  Therefore, the abatement of this case is continued until **April 19, 2021**.  On or before that date, Judge Rogers shall advise the court of the action taken on the requests for production considered at the February 26, 2021 hearing by filing a signed order reflecting her ruling.  The court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.